

05/22/2009

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| AXXIS EQUIPMENT LEASING, L.P. | )  CASE NO. 09-40048-R |
| | )  CHAPTER 7 |
| DEBTOR | ) |

### ORDER GRANTING
### TRUSTEE'S APPLICATION TO SELL PROPERTY OF THE ESTATE
### FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES,
### WITH LIENS TO FOLLOW PROCEEDS AT PUBLIC AUCTION

The Court having considered the foregoing Trustee's Application to Sell Property of the Estate Free and Clear of All Liens, Claims and Encumbrances with Liens to Follow Proceeds; the same being noticed to all creditors and parties in interest and no objections being filed, it is hereby:

ORDERED that Linda Payne, trustee herein, is authorized to sell the debtor's interest in the following property free and clear of all liens, claims and encumbrances, with liens to follow:

2002 International Truck

Terms of the sale are as follows:

1. Terms are all cash to the highest bidder.
2. Property is being sold "as is", "where is", without representation concerning the title or condition of the property.
3. The trustee makes no warranties of any kind.
4. Liens, if any, will follow proceeds. (The trustee is not aware of any liens).
5. The items will be sold at an **ONLINE AUCTION** by Rosen Systems, Inc., Auctioneer can be reached at 972.248.2266 for the date of the auction and to inspect property.

Signed on 5/22/2009

*Brenda T. Rhoades*   SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE