**AXXIS EQUIPMENT LEASING, LP**
**CASE NO. 09-40048-R**

The following is a Recapitulation of the expenses incurred:

ADVERTISING EXPENSES:
| | | | | |
|---|---|---|---|---|
| H & K Advertising: | $ | 967.65 | | |
| Royal Printing Group: 2,000 postcards | | 738.27 | | |
| Rabbit Reproduction: Processing & mailing | | 597.22 | | |
| Catalog/Website input | | 172.26 | | |
| **TOTAL ADVERTISING EXPENSES:** | $ | 2,475.40 | | |
| **PRO-RATED EXPENSES @ 14.723%** | | | $ | 364.45 |

OTHER EXPENSES:
| | | | | |
|---|---|---|---|---|
| Big Bass Towing, Inc. | $ | 713.93 | | |
| **TOTAL OTHER EXPENSES:** | | | $ | 713.93 |
| **TOTAL EXPENSES:** | | | $ | 1,078.38 |



17744 Preston Road, Suite 100 * Dallas, Texas 75252 * 972-248-2266 * Fax 972-248-6887

**DATE:** June 1, 2009

**FROM:** Shelley Rosen

**TO:** Jerry Shiller
Rosen Systems, Inc.

**RE:** CANALES DYER – Online June 11, 2009

## Publication Advertising

| *PUBLICATION* | *DATE* | *SIZE* | *SECTION* | *RATE* |
|---|---|---|---|---|
| DMN | 6-7-09 | 2C x 2" | Auction Guide | $737.65 |

| | |
|---|---|
| Production Charges for Camera Ready Brochures | 200.00 |
| Advertising Handling Charges | 30.00 |
| **TOTAL** | **$967.65** |

# Royal Printing Group, Inc.

2035 Royal Lane, Suite 250 • Dallas, Texas 75229
(972) 241-5686 • Fax (972) 241-0651

| Invoice | |
|---|---|
| No: 44544 | Date: 05/22/09 |

Ship To:

< Same as Bill To >

**Shelley Rosen**
**Rosen & Associates**
**17744 Preston Road**
**Suite 100**
**Dallas TX 75252-5736**

Fax: 972-248-6887

| Acct.No | Ordered By | Phone | P.O. No | Prepared By | Sales Rep | Ship Via |
|---|---|---|---|---|---|---|
| 1028 | Shelley Rosen | 972-248-2266 | | Sharla | Leo | We Deliver |

| Quantity | Description | Price |
|---|---|---|
| 2500 | Post Card - Canales Dyer Construction, Inc. | 245.00 |
| 1 | Mailing Charge - Canales Dyer Construction, Inc. | 250.00 |

*Thank You For Your Business* :)

COPY

| | |
|---|---|
| Subtotal | 495.00 |
| Shipping | 0.00 |
| Postage | 0.00 |
| Tax | 40.84 |
| Total | 535.84 |
| Paid | 0.00 |
| Balance | 535.84 |
| Terms | Net 30 Days |

Received by: _____   Date: ___/___/___

**Please pay from this invoice. Terms: Net 30 days.**
ROYAL PRINTING GROUP, INC. • 2035 Royal Lane, Suite 250 • Dallas TX 75229 • 972.241.5686

(print# 1)

Please remit payment to: Royal Printing Group, Inc. 2035 Royal Lane, Suite 250, Dallas, Texas 75229

# Royal Printing Group, Inc.

2035 Royal Lane, Suite 250 • Dallas, Texas 75229
(972) 241-5686 • Fax (972) 241-0651

| Invoice | |
|---|---|
| **No: 44181** | **Date: 04/07/09** |

Ship To:

< Same as Bill To >

**Shelley Rosen**
**Rosen & Associates**
**17744 Preston Road**
**Suite 100**
**Dallas TX 75252-5736**

Fax: 972-248-6887

| Acct.No | Ordered By | Phone | P.O. No | Prepared By | Sales Rep | Ship Via |
|---|---|---|---|---|---|---|
| 1028 | Shelley Rosen | 972-248-2266 | | Sharla | Leo | We Deliver |

| Quantity | Description | Price |
|---|---|---|
| 2700 | Post Card - 3-Sales * 2 Days | 270.00 |
| 1 | Mailing Charge - 3-Sales * 2 Days | 291.00 |

*Thank You for Your Business*

*Handwritten: Attn J+H Canales Dyer  607.28 -202.43 1/3 Canales  404.85*

*COPY*

| | |
|---|---|
| Subtotal | 561.00 |
| Shipping | 0.00 |
| Postage | 0.00 |
| Tax | 46.28 |
| **Total** | **607.28** |
| Paid | 0.00 |
| **Balance** | **607.28** |
| Terms | Net 30 Days |

Received by: _____ Date: __/__/__

**Please pay from this invoice. Terms: Net 30 days.**

ROYAL PRINTING GROUP, INC. • 2035 Royal Lane, Suite 250 • Dallas TX 75229 • 972.241.5686        (print# 1)

```
United States Postal Service
POSTAGE STATEMENT -- First-Class Mail & Priority Mail            | Post Office: Note Mail Arrival
                                                                 | Date & Time (Do not Round Stamp)

Use this form for either First-Class or Priority Mail. They may not be combined.
===========================================================================================
                                            Mailer
===========================================================================================
Entry Point: (1) SCF DALLAS, DALLAS, TX 75260-9998
Presort:     (1) 1C, Automation Letters ATM (DMM 235.6)

Permit Holder's      | Telephone     | Name and Address of   | Telephone    | Name and Address of Individual or
Name, Address and    | 214-956-7062  | Mailing Agent (If     | 214-956-7062 | Organization for which Mailing is
Email Address, If Any|               | other than permit     |              | Prepared (If other than permit
Rabbit Reproduction  |               | holder)               |              | holder)
2947 Blystone        |               | Rabbit Reproduction   |              | Rosen Systems
                     |               | 2947 Blystone         |              | 17744 Preston Rd
Dallas, TX 75220     |               |                       |              | Suite 100
CAPS Cust.Ref.ID No. |               | Dallas, TX 75220      |              | Dallas, TX 75252
Customer No.         |               | Customer No.          |              | Customer No.
===========================================================================================
                                            Mailing
===========================================================================================
Post Office of Mailing       | Mailing Date | Fed. Agency Cost Code | Statement Sequence No. | No. and type of
DALLAS TX 75260-9998         |              |                       | 0001                   | Containers
                                                                                              0 -Sacks
Type of Postage   [X]Permit Imprint      [ ]Precanceled Stamps      [ ]Metered                6 -1" Ltr Trays
                                                                                              0 -2" Ltr Trays
Processing Category [X] Letters   [ ] Flats | Total Pieces | Weight of a Single Piece | Total Weight | 0 -EMM Ltr Trays
[ ] Parcels   [ ] Automation Flats          |    1862      | 0.0078 pounds            | 14.5236      | 6 -TTL Ltr Trays
                                                                                                      0 -Flat Trays
Permit No. | For Mail Enclosed Within Another Class  [ ]Periodicals    [ ]Standard Mail        0 -Pallets
3251       | [ ]Bound Printed Matter  [ ]Library Mail [ ]Media Mail    [ ]Parcel Post          0 -Other

Move Update method: [ ]Ancillary service endorsement [ ]FASTforward [ ]NCOA Link [ ]ACS [ ]Alternative method [ ]Multiple

For Automation Price Pieces, Enter Date of Address Matching and Coding    / /
===========================================================================================
                                            Postage
===========================================================================================
Parts Completed (Select all that apply) [X]A [ ]B [ ]C [ ]D [ ]S  (Part C only) [ ]Commercial Base [ ]Commercial Plus

                                                         Total Postage (Add parts totals)  | $    415.35

Price at which Postage Affixed (Check one)         pcs. x $          = Postage Affixed     | $
[ ]Correct     [ ]Lowest     [ ]Neither
Complete if the mailing includes pieces bearing metered or precanceled stamps.

                     Net Postage Due (Subtract postage affixed from total postage)  | $    415.3460

Additional Postage Payment (State reason)

For postage affixed add additional payment to net postage due;     Total Adjusted Postage Affixed    | $
for permit imprint add additional payment to total postage.

Permit Imprint Only - Check One   [ ] AIC 121 (First-Class Mail)  Total Adjusted Postage Permit Imprint | $
PM: Report Total Postage in AIC:  [ ] AIC 237 (Priority Mail)
===========================================================================================
                                          Certification
===========================================================================================
The mailer's signature certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this
mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of
the mailer and that the mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be
liable for any deficiencies resulting from matters within their responsibility, knowledge, or control. The mailer hereby
certifies that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting
documentation comply with all postal standards and the mailing qualifies for the prices and fees claimed; and that the
mailing does not contain any matter prohibited by law or postal regulation. I understand that anyone who furnishes false or
misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil
penalties, including fines and imprisonment. Privacy Notice: For information regarding our Privacy Policy visit www.usps.com.

Signature of Mailer or Agent           | Printed Name of Mailer or Agent Signing Form | Telephone
                                       | Julie Hurley                                 | 214-956-7062
===========================================================================================
                                          USPS Use Only
===========================================================================================
Weight of Single Piece __.____ pound | Are postage figures at left adjusted from mailer's  [ ] Yes [ ] No
                                     | entries?
Total Pieces    | Total Weight       | If yes, reason:
                |                    |                                                     Round Stamp (Required)
Total Postage                                                                              Date Mail Released


Presort Verification Performed? (Check one)  | Date Mailer Notified | Contact | By (Initials)
[ ] Yes  [ ] No

I CERTIFY that this mailing has been inspected concerning: (1) eligibility for postage prices claimed;
(2) proper preparation (and presort where required); (3) proper completion of postage statement; and
(4) payment of annual fee (if required); (5) sufficient funds on deposit (if required).

USPS Employee's Signature            | USPS Employee's Name             | Time        AM
                                     |                                  |             PM

PS Form 3600-R1, May 2009 (Page 1 of 2) Facsimile  PSN 7530-07-000-6217          Postal Explorer at pe.usps.com
Postalsoft Business Edition 8.00c
```



04/06/2009 12:24 FAX    9722410651                ROYAL PRINTING GROUP                          ☑001/001

```
United States Postal Service                                                    | Post Office:
POSTAGE STATEMENT -- First-Class Mail & Priority Mail                           | Note Mail Arrival Date & Time
| Use this form for either First-Class or Priority Mail. They may not be combined. |
                                            Mailer
Entry Point: (1) SCF DALLAS, DALLAS, TX 75260-9998
Presort:     (1) 1C, Automation Letters ATM (DMM 235.G)                           COPY

Permit Holder's        | Telephone      | Name and Address of   | Telephone      | Name and Address of Individual or
Name, Address and      | 214-956-7062   | Mailing Agent (If     | 214-956-7062   | Organization for Which Mailing is
Email Address, If Any  |                | other than permit     |                | Prepared (If other than permit
Rabbit Reproduction    |                | holder)               |                | holder)
2947 Blystone          |                | Rabbit Reproduction   |                | Rosen Systems
                       |                | 2947 Blystone         |                | 17744 Preston Rd
Dallas, TX  75220      |                |                       |                | Suite 100
CAPS Cust.Ref.ID No.   |                | Dallas, TX  75220     |                | Dallas, TX 75252
Customer No.           |                | Customer No.          |                | Customer No.
                                           Mailing
Post Office of Mailing           | Mailing Date  | Fed. Agency Cost Code | Statement Sequence No. | No. and type of
DALLAS TX 75260-9998             |               |                       | 0001                   | Containers
                                                                                                  | 0 -Sacks
Type of Postage   [X]Permit Imprint    [ ]Precanceled Stamps   [ ]Metered                         | 6 -1' Ltr Trays
                                                                                                  | 5 mm -2' Ltr Trays
Processing Category [X] Letters   [ ] Flats | Total Pieces | Weight of a Single Piece | Total Weight | 0 -EMM Ltr Trays
[ ] Parcels         [ ] Automation Flats    |     2522     |    0.0078     pounds     |   19.6716  | 7 -TTL Ltr Trays
                                                                                                  | 0 -Flat Trays
Permit No.   | For Mail Enclosed Within Another Class   [ ]Periodicals    [ ]Standard Mail        | 0 -Pallets
3251         | [ ]Bound Printed Matter   [ ]Library Mail [ ]Media Mail   [ ]Parcel Post           | 0 -Other

Move Update method: [ ]Ancillary service endorsement  [ ]FASTforward  [ ]NCOA Link  [ ]ACS  [ ]Alternative method  [ ]Multiple

For Automation Price Pieces, Enter Date of Address Matching and Coding    / /
                                           Postage
Parts Completed (Select all that apply) [X]A [ ]B [ ]C [ ]D [ ]S  (Part C only) [ ]Retail [ ]Commercial

                                                       Total Postage (Add parts totals)  | $    545.62
Price at which Postage Affixed (check one)         |           pcs. x $           = Postage Affixed | $
| [ ]Correct     | [ ]Lowest    | [ ]Neither   |

                                Net Postage Due (subtract postage affixed from total postage)  | $    545.62
```

(faded text)

```
                                           Certification
The mailer's signature certifies acceptance of liability for and agreement to pay any revenue deficiencies assessed on this
mailing, subject to appeal. If an agent signs this form, the agent certifies that he or she is authorized to sign on behalf of
the mailer and that the mailer is bound by the certification and agrees to pay any deficiencies. In addition, agents may be
liable for any deficiencies resulting from matters within their responsibility, knowledge, or control. The mailer hereby
certifies that all information furnished on this form is accurate, truthful, and complete; that the mail and the supporting
documentation comply with all postal standards and the mailing qualifies for the prices and fees claimed; and that the
mailing does not contain any matter prohibited by law or postal regulation. I understand that anyone who furnishes false or
misleading information on this form or who omits information requested on this form may be subject to criminal and/or civil
penalties, including fines and imprisonment. Privacy Notice: For information regarding our Privacy Policy visit www.usps.com.

Signature of Mailer or Agent               | Printed Name of Mailer or Agent Signing Form | Telephone
[signature]                                | Julie Hurley                                 | 214-956-7062

                                        USPS Use Only
Weight of Single Piece  _ _._ _ _ _ pound  | Are postage figures at left adjusted from mailer's  [ ] Yes [ ] No
Total Pieces      | Total Weight           | entries?
                  |                        | If yes, reason:
Total Postage                                                                          | Round Stamp (Required)

Presort Verification Performed? (Check one) | Date Mailer Notified | Contact | By (Initials)
[ ] Yes  [ ] No                             |                      |         |

I CERTIFY that this mailing has been inspected concerning: (1) eligibility for postage prices claimed;
(2) proper preparation (and presort where required); (3) proper completion of postage statement; and
(4) payment of annual fee (if required).

Verifying Employee's Signature              | Verifying Employee's Name     | Time   AM
                                            |                               |        PM

PS Form 3600-R1, May 2008 (Page 1 of 2) Facsimile  PSN 7530-07-000-6217   Postal Explorer at pe.usps.co
Postalsoft Desktop Mailer 7.90c
```

Handwritten notes:

3 Sales 1 Day

$545.62 - 545.62
        -181.87   1/3 Candles
        _____
         363.75

Total Candles Over Const.



# CANALES DYER CONSTRUCTION, INC.
## Bankruptcy Case no. 08-42738

## Auction Date: 6/11/2009

## CATALOG / WEBSITE INPUT

| | | | | | |
|---|---|---|---|---|---:|
| TAPE INPUT TIME* | 2 | @ | $ 21.13 | /HOUR | 42.26 |
| Maxanet Internet Website Fee | | | | | 50.00 |
| WEB/PHOTO PREPARATION:* | 2 | @ | $ 40.00 | /HOUR | 80.00 |
| Catalogs Produced | | @ | $0.00 | /EACH | - |
| 1 double sided pg @ $.05/per page | | | | | |

*MINIMUM CHARGE: 1 HOUR / $40.00

**TOTAL: $ 172.26**

*Minimum Charge: 2 hours

Attn: Pam

AXXIS

**Big Bass Towing, Inc.**
**1109 East Walnut Street**
**Garland, Texas 75040**
**972-485-4458 Fax 972-276-7150**

| | | | |
|---|---|---|---|
| Tow Ticket # | : 220731 | Date | : 06/04/09 |
| Year | : 2002 | Name | : RED STAR MASONRY, INC. |
| Make | : INTERNATIONAL | Address | : 608 CR 561 |
| Model | : TOW TRUCK | City | : PRINCETON |
| Style | : | State | : TX |
| Color | : RED | ZIP | : 75407 |
| V.I.N | : 1HTMMAAL62H413455 | Home Phone | : - - |
| License | : 41VHY8 | Work Phone | : - - |
| State | : TX | Cash Value | : .00 |
| Odometer | : 0 | Sale/Auction # | : 60 |
| Reason | : | Sale Date | : 07/03/09 |
| P.O. # | : | Call # | : 230771 |
| Membership # | : | Member Exp. | : |

Handwritten: Rosen Systems, Inc 17744 Preston Rd Ste 100 Dallas TX 75252

| | | | |
|---|---|---|---|
| Driver | : 20-Isaac | Need Release? | : N |
| Truck # | : 13 | Release Date | : |
| Type of Tow | : HEAVY DUTY | Release # | : |
| Requested By | : PPT MCKINNEY | Released To | : |
| Location | : 5600 WILLIAMS ST / COPEV | | |
| Destination | : *MCKINNEY POUND | | |
| Time of Call | : 14:33 | Time Dispatch | : 15:06 |
| Arrival Time | : 15:48 | Hook Time | : |
| Drop Time | : | Cleared Time | : 19:01 |
| Total Hours | : 3.22 | Hourly Rate | : $0.00 |

Billed To: PPT McKinney

Signature: _____

**Mileage Summary**

| Beginning | Ending | Total Miles | Rate |
|---|---|---|---|
| 0 | 0 | 0 | $ 0.00 |
| 0 | 25 | 25 | $ 0.00 |

**Storage Summary**

| Date In | Date Out | Total Days | Rate |
|---|---|---|---|
| 06/04/09 | 06/12/09 | 9.0 | $30.00 |

| | |
|---|---|
| Towing | $350.00 |
| 2nd Tow | $0.00 |
| Labor | $0.00 |
| Winching | $0.00 |
| Misc | $50.00 |
| Dolly | $0.00 |
| Unloaded | $0.00 |
| Loaded | $0.00 |
| Discount | $0.00 |
| Subtotal | $400.00 |
| Impound | $20.00 |
| Do Not U | $0.00 |
| Do Not U | $0.00 |
| Storage | $270.00 |
| Payout | $0.00 |
| Tax | $23.93 |
| Total | $713.93 |
| Amount Paid | $0.00 |
| **Balance Due** | **$713.93** |

ROSEN SYSTEMS INC
17744 PRESTON RD #100
DALLAS TX 75252

Handwritten: 972-248-2266 Phone  972-248-6887 Fax

Invoice Notes:

Handwritten: Payment info:

Handwritten: Fax Back to 972-485-5948 Thanks