| NUM | BUYER NAME | FIRM NAME | STREET ADDRESS | CITY | STATE | ZIP | PHONE/FAX |
|---|---|---|---|---|---|---|---|
| 1005 | GUY HODGES | WWTLTD | 2022 SHENANDOAH | CARROLLTON | TX | 75007- | V:(972) 672-8725<br>F: |
| 1061 | MICHAEL KOZLOVSKY | KOZLOVSKY COLLISION REPAIR | 902 S KAUFMAN | ENNIS | TX | 75119- | V:(972) 875-3900<br>F:(469) 358-5947 |
| 1118 | RICKY SEIGLER | GARAGE SALE | 11360 EMERALD ST | DALLAS | TX | 75229- | V:(972) 243-1903<br>F:(469) 363-5962 |
| 1544 | BRITT VISAGE | ARLINGTON OFFICE FURNITURE | 1827 E DIVISION | ARLINGTON | TX | 76011- | V:(817) 461-1827<br>F: |
| 1547 | JIM GREGORY | JG SALES | 109 OAK FOREST | EULESS | TX | 76039- | V:(817) 988-7497<br>F:(817) 267-2551 |
| 2022 | DU NGUYEN | | 3401 HEDRICK ST | FORT WORTH | TX | 76111- | V:(817) 838-0269<br>F:(817) 714-8595 |
| 2056 | JAIME LOPEZ | | 3339 NORTHAVEN | DALLAS | TX | 75229- | V:(214) 995-8135<br>F:(214) 351-6597 |
| 2062 | WAYNE POWELL | RICHLAND DOCK | 5651 S HWY 45 | CORSICANA | TX | 75109- | V:(903) 874-1800<br>F:(903) 654-7656 |
| 2102 | GARY BAYS | GARY BAYS CONST. CO | 361 VAL VERDE RD | MCGREGOR | TX | 76657- | V:(254) 715-5158<br>F: |
| 2127 | JAMES NULL | JAMES NULL TRADER | PO BOX 511 | TRENTON | TX | 75490- | V:(903) 227-1589<br>F:(903) 989-5564 |
| 2235 | LEARON ROBERTS | ROBERTS AIR CONDITIONING | 2650 WEST FERGUSON ROAD | MOUNT PLEASA | TX | 75455- | V:(903) 572-1867<br>F:(903) 572-8413 |
| 2237 | BOBBY COGGIN | CASUALTY TRUCK & EQUIP., INC | 765 OLD WICHITA HWY | BOWIE | TX | 76230- | V:(940) 872-8150<br>F:(940) 872-5865 |
| 2247 | JOHN ROSS | COUNTY LINE CLASSICS LLC | 902 N I-35 | RED OAK | TX | 75154- | V:(214) 683-5758<br>F:(972) 223-3200 |
| 2384 | ERNEST WILSON | | 631 MEADOWBROOKE PL | DUNCANVILLE | TX | 75137- | V:(214) 682-8041<br>F: |

| NUM | BUYER NAME | FIRM NAME | STREET ADDRESS | CITY | STATE | ZIP | PHONE/FAX |
|---|---|---|---|---|---|---|---|
| 2398 | WESTON GIDUCK | GIDUCK COMPUTERS | 408 JESSIE LEE ST | KEMP | TX | 75143- | V:(903) 498-8453<br>F: |
| 2414 | JEFF CULVERHOUSE | J & M SALES | 1610 STONECREST TRL | WYLIE | TX | 75098- | V:(214) 542-0266<br>F:(214) 474-1133 |
| 2436 | BRUCE IRDSONG | PRECISION LANDSCAPE MGMT. | 2222 VALWOOD PKWY | DALLAS | TX | 75234- | V:(972) 241-3789<br>F: |
| 2446 | BLAKE BARROW | RESCUE MISSION OF EL PASO | 1949 W PAISANO | EL PASO | TX | 79922- | V:(915) 577-9119<br>F:(915) 833-0569 |
| 2823 | GARY LIPSCOMB | CARS, TRUCKS, ETC. | 2005 N BELL BLVD. | CEDAR PARK | TX | 78613- | V:(512) 259-1116<br>F:(512) 423-5746 |
| 2952 | JOSE ESPARZA | AVIAMY | 1216 N INDUSTRIAL BLVD | DALLAS | TX | 75207- | V:(214) 631-2255<br>F:(214) 441-0594 |
| 2965 | NICK COJOCARU | INTERNATIONAL USED CARS | 2421 WHITE SETTLEMENT | FORT WORTH | TX | 76107- | V:(817) 332-7414<br>F:(817) 297-1955 |
| 3028 | TOMMY CLARK | TNT EQUIPMENT | PO BOX 2052 | FORNEY | TX | 75126- | V:(972) 203-8370<br>F:(214) 502-3977 |
| 3090 | DANNY BELKNAP | | 120 PRIVATE ROAD 6080 | MABANK | TX | 75147- | V:(214) 665-1003<br>F:(903) 887-3939 |
| 3768 | JEFFERSON BRYANT | | 4518 BRAXTON LN | STILLWATER | OK | 74074- | V:(405) 880-5343<br>F: |
| 3770 | CHARLES ROBERTS | USA MOTORSPORTS | 6768 CF HAWNFREEWAY | DALLAS | TX | 75217- | V:(214) 391-7002<br>F:(817) 572-1107 |
| 4164 | TIM VIETH | VIETH TRACTOR | 400 PONDEROSA LN | WICHITA FALLS | TX | 76310- | V:(940) 541-2650<br>F:(940) 541-2502 |
| 4385 | ROBERT BARRETT | | 26320 CR 1583 | STONEWALL | OK | 74871- | V:(281) 757-0971<br>F: |
| 4397 | GARY BEE | SUPERIOR TOOL REPAIR | PO BOX 1796 | WHITNEY | TX | 76692- | V:(254) 694-1789<br>F:(254) 694-1788 |

Date : 6/18/2009  
Time : 7:57:36 PM  
Case 09-40048 Doc 16-2 Filed 06/22/09 Entered 06/22/09 10:29:57 Desc Exhibit  
CANALES DYER CONSTRUCTION  
B - Buyers List   Page 3 of 5  
Auction Date: 6/11/2009  
Page 3

| NUM | BUYER NAME | FIRM NAME | STREET ADDRESS | CITY | STATE | ZIP | PHONE/FAX |
|---|---|---|---|---|---|---|---|
| 4420 | BRIAN ERBE | B & B PLUMBING | 2541 WESTWOOD | MESQUITE | TX | 75150- | V:(972) 289-4491<br>F: |
| 4425 | DAVID MINTON | 1ST CHOICE SPIRIT | 2805 MITCHELL STE 702 | GREENVILLE | TX | 75402- | V:(903) 454-8326<br>F:(903) 355-4038 |
| 4487 | BRENT FRENCH | FRENCH INVESTMENTS | 200 KILKENNY CT | KELLER | TX | 76248- | V:(817) 229-6391<br>F:(817) 898-0515 |
| 4502 | ROY DUDLEY | ON THE SPOT | 5320 HIDDEN COURT | GARLAND | TX | 75043- | V:(214) 837-7471<br>F:(972) 226-2437 |
| 4662 | DWAYNE GOTTARDY | | 317 REMINGTON DR | BERGHEIM | TX | 78004- | V:(210) 265-7742<br>F:(830) 229-5792 |
| 4690 | ALBERTO PAGAN | CARIBE MOTORS | 3112 E. ABRAM STREET | ARLINGTON | TX | 76010- | V:(817) 652-6216<br>F:(972) 652-6216 |
| 4701 | FRANK KUBIAK | AMERICAN TRUCK CENTER LLC | 3505 TURTLE CREEK BLVD. 4E | DALLAS | TX | 75219- | V:(713) 806-6980<br>F:(214) 599-0229 |
| 4703 | JIMMY L CHEATHEAM | DISH TV | PO BOX 1595 | WICHITA FALLS | TX | 76307- | V:(940) 761-3688<br>F:(940) 767-4128 |
| 4720 | DON JANSEK | | 1606 JUNIPER RIDGE LOOP | CEDAR PARK | TX | 78613- | V:(512) 736-9628<br>F: |
| 4768 | DAVID GORAN | | 305 SPRING CREEK VILLAGE #500 | DALLAS | TX | 75248- | V:(951) 907-0225<br>F: |
| 4968 | LIBERACE WADE | SOUTHERN BOOKS | 618 HARDING | BATON ROUGE | LA | 70807- | V:(225) 774-4050<br>F:(225) 502-4903 |
| 4974 | BRANDON ANDERSON | NOONDAY TRACTOR AUCTION | PO BOX 1853 | ATHENS | TX | 75751- | V:(903) 825-2400<br>F:(214) 226-2251 |
| 5214 | MIKE FLOYD | | 8669 CRESTVIEW DR | FRISCO | TX | 75034- | V:(923) 353-226<br>F: |
| 5265 | CHRISTOPHER HARRIS | | 5305 N MACARTHUR BLVD. #3011 | IRVING | TX | 75038- | V:(214) 383-2184<br>F:(307) 262-4897 |

| NUM | BUYER NAME | FIRM NAME | STREET ADDRESS | CITY | STATE | ZIP | PHONE/FAX |
|---|---|---|---|---|---|---|---|
| 5284 | CHIOMA NWOKEUKU | | 718 CIRCLE COVE DRIVE | ALLEN | TX | 75002- | V:(214) 407-3629<br>F: |
| 5328 | CARL MOLINE | IMPRESS INC | PO BOX 1058 | QUITMAN | TX | 75783- | V:(903) 967-3689<br>F:(903) 967-3689 |
| 5392 | LAM TRAN | | 1921 W PIONEER PKWY. #A | ARLINGTON | TX | 76013- | V:(817) 460-7200<br>F:(817) 561-0006 |
| 5438 | STACEY PAYNE | | 2560 WELLINGTON LANE | WICHITA FALLS | TX | 76305- | V:(940) 636-0869<br>F:(940) 855-9153 |
| 5462 | DAVID CROSS | | 5500 RANGER DR | ROCKWALL | TX | 75032- | V:(214) 500-6338<br>F:(972) 771-1838 |
| 5463 | CHRISTINE MCCONNEL | | 1046 SW 3RD ST | GRAND PRAIRIE | TX | 75051- | V:(214) 662-5851<br>F: |
| 5480 | JERI STONE | | 128 S MAGDALEN | SAN ANGELO | TX | 76903- | V:(325) 658-6664<br>F:(325) 255-2205 |
| 5485 | CELERINO MARTINEZ | | 211 SCHEH ST | SAN ANTONIO | TX | 78214- | V:(210) 990-8071<br>F: |
| 5718 | JUSTIN DOUGLAS | DOUGLAS CUSTOM CABINETS | 2301 HWY 380 | GREENVILLE | TX | 75401- | V:(903) 455-7734<br>F:(469) 667-9222 |
| 5721 | DWIGHT FRANKLIN | | 2202 A RAPER BLVD. | ARLINGTON | TX | 76013- | V:(817) 800-3287<br>F:(682) 518-1661 |
| 5724 | TRACY YATES | TRY STEEL WORKS | 663 WOODHUE DR | BULLARD | TX | 75757- | V:(903) 245-2193<br>F: |
| 5728 | DAVID HENDRICKS | HENDRICKS TANSPORTATION INC | 213 BERRY DR | HASLET | TX | 76052- | V:(871) 807-1671<br>F:(817) 439-5610 |
| 5730 | OMAR CHAVEZ | HOME WINDOWS | PELICANO 4942 COL. ARBOLEDAS CHIHUAHUA | | | 31166- | V:<br>F: |
| 5745 | MICHAEL HILLMAN | BIG TEX STONE LLC | 5821 OLD HEMPHILL RD | FORT WORTH | TX | 76134- | V:(817) 293-4477<br>F:(817) 800-8725 |

| NUM | BUYER NAME | FIRM NAME | STREET ADDRESS | CITY | STATE | ZIP | PHONE/FAX |
|---|---|---|---|---|---|---|---|
| 5746 | JAMES VALK | JRC SALES | PO BOX 508 | FATE | TX | 75132- | V:(909) 225-6369<br>F:(951) 533-2295 |
| 5747 | RAY DYER | RED STAR MASONRY, INC | 608 CR 561 | PRINCETON | TX | 75407- | V:(214) 543-8472<br>F:(972) 734-6686 |
| 5752 | JOSE CANALES | | PO BOX 255 | LAVON | TX | 75166- | V:(214) 543-8474<br>F: |