| | | | PRICED INVENTORY RECAP | | | |
|---|---|---|---|---|---|---|
| Date : 6/18/2009 | | | CANALES DYER CONSTRUCTION | | | Page : 5 |
| Time: 7:58:28 PM | | | ALL LOTS : Owner Code By Lot | | | Auction Date: 6/11/2009 |

| LOT | BUY# | OWN | DESCRIPTION | QTY | EACH | TOTAL |
|---|---|---|---|---|---|---|
| 0050 | 4690 | A | 2002 INTERNATIONAL 4300 DT466 WITH 2 FT JERR-DAN TILTE BED, WENCH, APPROXIMATELY 240,000 MILES, DUAL REAR WHEELS, VIN #1HTMMAAL62H4134 NO KEY, DOES NOT RUN, SOLD "AS IS/WHERE IS", LOCATED AT BIG BASS TOWING, 201 N MAIN ST, MCKINNEY, TX 75069, 972.562.6815, MUST BE PICKED U BY 4 PM ON FRIDAY, 6.12.09, IF NOT THE ADDITIONAL STORAGE FEE WILL BE PAI BY THE BUYER OF THIS LOT | 1 | 8800.0000 | $8,800.00 |
| | | | | | Owner Grand Total | $8,800.00 |